```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


STACY L. BUTCHER,

       Plaintiff,

   v.                                     CIVIL NO. 1:23-CV-73
                                                (KLEEH)
MARION COUNTY BOARD OF EDUCATION,

       Defendant.
```

## ORDER REMANDING CASE

For the reasons discussed below, the Court has determined that it lacks subject matter jurisdiction over this matter and finds that remand to the Circuit Court of Marion County, West Virginia, is appropriate.

### I.  PROCEDURAL HISTORY

On September 15, 2023, the Defendant, the Marion County Board of Education ("Defendant"), removed this action from the Circuit Court of Marion County, West Virginia (Civil Action No. CC-24-2023-C-113). The basis of removal was Count Three of the original Complaint, in which the pro se Plaintiff, Stacy L. Butcher ("Plaintiff"), asserted that Defendant violated the Family Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 et seq. The other claims in the original Complaint were Disability Discrimination under the West Virginia Human Rights Act ("WVHRA"), W. Va. Code § 5-11-1 et seq. (Count One); Failure to Provide Accommodation, presumably

under the WVHRA (Count Two); and the Tort of Outrage under West Virginia common law (Count Four).

Defendant moved to dismiss Count Four of the original Complaint [ECF No. 5]. Plaintiff then filed an Amended Complaint. In the Amended Complaint, Plaintiff asserts only Disability Discrimination (Count One), Failure to Provide Accommodation (Count Two), and the Tort of Outrage (Count Three) [ECF No. 12]. In other words, Plaintiff dropped her FMLA claim.

Defendant again moved to dismiss the Tort of Outrage claim [ECF No. 13]. The motion is fully briefed. The Magistrate Judge prepared a Report and Recommendation ("R&R") recommending that the motion be granted in part and denied in part [ECF No. 26]. Defendant filed objections to the R&R [ECF No. 29].

## II.  DISCUSSION

The Court finds that without the FMLA claim pending, it lacks subject matter jurisdiction. The Amended Complaint asserts that Plaintiff is a citizen of Marion County, West Virginia. See Am. Compl., ECF No. 12, at ¶ 1. Defendant's address is also in Marion County, West Virginia. Id. ¶ 2. Accordingly, without evaluating the amount in controversy, it is clear that diversity jurisdiction does not exist. Further, there is no longer a federal question presented to the Court.

**BUTCHER V. MARION CO. BOARD OF EDUCATION**  1:23-CV-73

### ORDER REMANDING CASE

The Court has "wide latitude in determining whether or not to retain jurisdiction over state claims when all federal claims have been extinguished." Ketema v. Midwest Stamping, Inc., 180 F. App'x 427, 428 (4th Cir. 2006) (citation omitted). "In exercising that discretion, the district court should consider 'convenience and fairness to the parties, the existence of any underlying issues of federal policy, comity, and considerations of judicial economy.'" Id. (citation omitted).

Here, discovery has not yet closed, and the summary judgment deadline has not passed. Accordingly, although a motion to remand is not pending before the Court, the Court finds that remand to the Circuit Court of Marion County is appropriate. See Ellenburg v. Spartan Motors Chassis, Inc., 519 F.3d 192, 196 (4th Cir. 2008) ("[B]ecause the lack of subject matter jurisdiction may be noticed by the district court sua sponte or by any party, . . . the court may enter a remand order sua sponte.").

### III. CONCLUSION

For the reasons discussed above, this action is **REMANDED** to the Circuit Court of Marion County, West Virginia, and **STRICKEN** from the Court's active docket. All motions pending before this Court are **TERMINATED** because the Court lacks jurisdiction to decide them.

It is so **ORDERED**.

**BUTCHER V. MARION CO. BOARD OF EDUCATION**                                  1:23-CV-73

**ORDER REMANDING CASE**

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record, the pro se Plaintiff, and the Circuit Clerk of Marion County, West Virginia.

DATED: July 24, 2024

*[signature: Tom S Kleeh]*

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA